**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7569**

————————

GEORGE R. WERTZ, JR.,

Plaintiff - Appellant,

versus

LEE FOSTER, Sheriff; JERRY WRIGHT; TODD JOHN-
SON; DANNY GILLIAM; DAVID E. RUSHTON,

Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CA-96-2858-4-22BE)

————————

Submitted:  February 3, 1998      Decided:  February 18, 1998

————————

Before HAMILTON and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

George R. Wertz, Jr., Appellant Pro Se.  James Spencer Verner, New-
berry, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court order granting in part and denying in part Defendants' motion for summary judgment. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED